# Exhibit 2

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| 1. A method for providing security for a computer comprised of a central processing unit, peripheral and file storage devices, at least one of which can be used as a token access device that can read and write files to removable storage media suitable for use as a token, a computer operating system, and a CPU independent security subsystem which includes a security control unit and programmable auxiliary | The accused product employs a method for providing security for a computer(USB Token is removably connected thereto) comprised of a central processing unit, peripheral and file storage devices, at least one of which can be used as a token access device that can read and write files to removable storage media suitable for use as a token(e.g., a USB Token), a computer operating system, and a CPU independent security subsystem which includes a security control unit (Cryptographic module) and programmable auxiliary memory(e.g., EEROM/ROM). The accused product is FIPS 140-2 Compliant.<br><br><br><br>https://www.gi-de.com/gd_media/media/en/documents/brochures/mobile_security_2/nb/StarSign_Crypto_USB_Token.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| memory, sad method comprising of the steps of: | <br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |

2

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | **Technical key features** <br><br> **Smartcard chip and OS** <br> • G&D Sm@rtCafé® Expert 6.0 Java Card OS <br> • Running on NXP P5CC081 smartcard security controller <br> **Smartcard secure element memory** <br> • 78 KB free EEPROM, e.g. PKI applet and 5 key pairs and certificates <br> **Standards and specifications** <br> • Java Card 3.0.1 Classic <br> • GlobalPlatform 2.1.1 + Amendment D (CSP03) <br> • Multiple security domain DAP <br> • Delegated management RMI <br> • ISO 7816, T=1 <br> • USB 2.0 full-speed <br> • CCID Device Class specifications (2005) <br> **Certifications** <br> • Chip: Common Criteria EAL 5+ <br> • OS: FIPS 140-2 level 3 <br> • Token: FIPS 140-2 level 3 CE, FCC, WEEE, RoHS <br><br> **Security and cryptography** <br> • Enhanced high-security memory management <br> • DPA/SPA and physical attack secured OS <br> • RNG according to NIST SP 800-90 <br> • Symmetric encryption: 3-DES, AES up to 256 bit, Seed 128 bit <br> • Asymmetric encryption: RSA 2048 bit (RSA and RSA-CRT) DSA up to 1024 bit <br> • ECDSA up to 256 bit ECDH up to 256 bit <br> • Digital signatures with symmetric or asymmetric encryption <br> • Hash algorithms: SHA-224, SHA-256, SHA-384, SHA-512 <br> **Available applets / applications** <br> • AET SafeSign <br> • PKCS#11 <br> • Further applets on request <br><br> **Supported platforms** <br> • Drivers available for <br>   - Vista <br>   - Windows 7 and 8 – 32 and 64 bit <br>   - Linux and MAC OS 10.5 on request <br> **System interface** <br> • PKCS#11 <br> • Microsoft CSP <br> • PC/SC (CCID) <br> **Available smartcard tools (optional)** <br> • G&D JLoad <br> **Approx. dimensions and weight** <br> • 56 x 16 x 9.5 mm <br> • 5 g <br> **Operating conditions** <br> • 0°C to 40°C at 90% RH <br> **Storage conditions** <br> • -40°C to 70°C <br> **Maximum power consumption** <br> • < 80 mW <br><br> https://www.gi-de.com/gd_media/media/en/documents/brochures/mobile_security_2/nb/StarSign_Crypto_USB_Token.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | ## 2 Cryptographic Module Specification<br>### 2.1 Overview<br>==The StarSign Crypto USB Token powered by Sm@rtCafé Expert 6.0 is a multi-chip standalone cryptographic module,== which is an opaque, ==tamper-evident USB token== that connects to an ==external general purpose computer device== outside the cryptographic boundary.<br><br>Table 1 identifies the validated product configuration.<br><br>**Table 1 Configuration**<br><br>| Product Model Name | FW Image Name | Tested Hardware Configuration |<br>|---|---|---|<br>| StarSign Crypto USB Token powered by Sm@rtCafé Expert 6.0 | Sm@rtCafé Expert 6.0 | NXP P5CC081, ISO 7816 contact only, SSOP20 (SMD) full USB Token package |<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf<br><br>### 2.3 Physical Security with Well-Defined Interfaces<br>#### 2.3.1 Security Level<br>The cryptographic module contains the NXP P5CC081 smart card chip (Section 2.3.2) and the Alcor Micro AU9540 USB smart card reader chip (Section 2.3.3). ==StarSign Crypto USB Token powered by Sm@rtCafé Expert 6.0 is developed to meet the FIPS 140-2 Level 3 requirements== as indicated in Table 2.<br><br>**Table 2 Module Security Level Specification**<br><br>| Security Requirements Section | Level |<br>|---|---|<br>| Cryptographic Module Specification | 3 |<br>| Module Ports and Interfaces | 3 |<br>| Finite State Model | 3 |<br>| Physical Security | 3 |<br>| Operational Environment | N/A |<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| |   http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
|  | **7 Standards-Based Cryptography**<br>**7.1 FIPS approved algorithms**<br>The cryptographic module implements strong, standards-based cryptography. It includes the following FIPS approved algorithms:<br>• AES with 128, 192, and 256 bits key lengths (ECB and CBC modes), Cert. #1755<br>• 2 key Triple-DES (ECB and CBC modes), Cert. #1136<br>• 3 key Triple-DES (ECB and CBC modes), Cert. #1136<br>• RSA with up to 2048 bits modulus length, Cert. #874<br>• RSA CRT with up to 2048 bits modulus length, Cert. #874. As validated, the module does not support this algorithm. Please refer to Section 2.1 for information on post-validated applets.<br>• ECDSA in GF(p) with P=192, P=224 and P=256 curves, Cert. #232. As validated, the module does not support this algorithm. Please refer to Section 2.1 for information on post-validated applets.<br>• SHA-1 hash functions, Cert. #1542<br>• SHA-224, SHA-256, SHA-384, and SHA-512, Cert. #1542. As validated, the module does not support this algorithm. Please refer to Section 2.1 for information on post-validated applets.<br>• CMAC, Cert. #1755<br>• Triple-DES MAC acc. to [ISO/IEC 9797-1]. As validated, the module does not support this algorithm. Please refer to Section 2.1 for information on post-validated applets.<br>• DRBG (Deterministic Random Number Generator), Cert. #116<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |
| (a) generating with said security control unit a security subsystem key pair comprised of a public key and a private | The accused product generate with said security control unit a security subsystem key pair (e.g., RSA & RSA CRT) comprised of a public key and a private key; |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| key; | **4.5 Key Management Security Policy**<br><br>**4.5.1 Cryptographic key generation**<br>AES session key for Secure Channel derivation is conforming to [GP2.2, Amendment D]. The random data required for opening a Secure Channel is generated using the DRBG.<br>RSA and RSA CRT key pair generation is according to [ANSI X9.31] using the DRBG as the approved RNG.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf<br><br>**3.2.5 Applet Services**<br>User-developed Java Card applets that are downloaded onto the module shall use the Java Card API that is accessible by on-card applets only. The following cryptographic services are provided to the applets through the API:<br>Key Generation and Key Exchange:<br>• Generation of pairs of RSA keys.<br>• Generation of pairs of RSA CRT keys.<br>• The ECDH key agreement scheme.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |

7

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | **Bulk Encryption and Decryption:**<br>• Triple-DES API that offers<br>　○ 2-key and 3-key Triple-DES in ECB and CBC modes.<br>　○ 3-key Triple-DES in outer CBC mode.<br>• AES encryption and decryption with block sizes 128, 192, and 256 bits in ECB and CBC modes.<br><br>The above stated algorithms are available for use in the FIPS approved mode of operation and undergo FIPS 140-2 validation testing.<br><br>The GP specification [GPCS2.1.1] defines various APIs that may be used by the applets and that provide the same services as the Card Manager commands (such as Secure Channel opening). In particular, the Global PIN verification may be implemented by the applets through the use of a dedicated API.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |
| (b) storing said private key data in a memory location which is under the control of the said security subsystem; | The accused product stores said private key data in a memory location which is under the control of the said security subsystem<br><br>**4.5.3 Cryptographic key storage**<br>Cryptographic keys stored with the cryptographic module have the following attributes:<br>• Key Identifier, which identifies each key within an on-card entity,<br>• An associated Key Version Number, which is used to differentiate between versions of the same key,<br>• Algorithm Identifier, which determines the associated cryptographic algorithm,<br>• Integrity Check Value for that key.<br><br>Symmetric keys are veiled by XOR calculation with card individual random number.<br>Exponent of RSA private key is veiled by multiplication with card individual random number.<br>DP and DQ of RSA CRT private key is veiled by multiplication with card individual random number.<br>P and Q of RSA CRT private key is veiled by modulo calculation with card individual random number.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |

8

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | <br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf<br><br>PQ of RSA CRT private key is veiled by XOR calculation with card individual random number.<br>RSA public keys are stored in plaintext along with a generalised Hamming code (GHC) for each key.<br>ECC keys are veiled by multiplying them with card individual random number and dividing them (modulo the group order) by card individual random number and by XORing them with a card individual random byte string.<br>Veiled keys are considered plaintext for the purpose of FIPS 140-2 compliance.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |
| (c) creating with | The accused product creates with said security -subsystem a key file encrypted with said public key and writing |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| said security-subsystem a key file encrypted with said public key and writing the key file to a master token by means of said token access device, such that said encrypted key file can only be decrypted and authenticated by the security subsystem using its corresponding private key; | the key file (PUT KEY & thereafter STORE DATA) to a master token by means of said token access device, such that said encrypted key file can only be decrypted and authenticated by the security subsystem using its corresponding private key<br><br>**4.5.4 Cryptographic key zeroization**<br><br>The cryptographic module zeroizes cryptographic session keys $S_{MAC}$, $S_{ENC}$ and $KSC_{MAC}$, $KSC_{ENC}$ of the Security Domain (Issuer Security Domain and G&D Security Domain) when closing the Secure Channel or at card reset.<br><br>The keys for "GP DAP" $K_{DAP}$, $PK_{DAP}$ can only be updated. In order to delete DAP verification key(s) the Security Domain containing the key must be deleted. This operation deletes all keys contained in that Security Domain.<br><br>The keys loaded for Delegated Management $K_{Token}$ and $K_{Receipt}$ can be zeroized by overwriting them with new values using the PUT KEY command.<br><br>The Global PIN can be zeroized by overwriting with a new value.<br><br>Key Management details can be found in Section 6.<br><br>All keys and the Global PIN can be zeroized by setting the card state to TERMINATED with the SET STATUS command.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf<br><br>| "GP DAP" Triple-DES key $K_{DAP}$ | LOAD (Signature verification of Load File Data Block Hash) | Crypto Officer and User | Execute |<br>|---|---|---|---|<br>| "GP DAP" RSA public key $PK_{DAP}$ | LOAD (Signature verification of Load File Data Block Hash) | Crypto Officer and User | Execute |<br>| Delegated Management keys $K_{Receipt}$, $K_{Token}$ | PUT KEY | Crypto Officer | Write |<br>| Delegated Management Triple-DES key $K_{Receipt}$ | LOAD | Crypto Officer | Execute |<br>| Delegated Management RSA key $K_{Token}$ | LOAD | Crypto Officer | Execute |<br>| Global PIN | CHANGE/UNBLOCK PIN | Crypto Officer | Write | |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf <br><br> [Table showing Key, Key type, Generation, Entry, Storage, Usage columns with rows for Crypto Officer Initial keys ($K_{INIT\_ENC}$, $K_{INIT\_MAC}$, $K_{INIT\_DEK}$), Crypto Officer Static keys ($K_{ENC}$, $K_{MAC}$, $K_{DEK}$), and Crypto Officer Session keys ($S_{ENC}$, $S_{MAC}$) — the last row highlighted: AES keys of the supported lengths (128, 192, 256 bits); Generated after authentication of Crypto Officer; Dynamically derived by the module during Secure Channel establishment; Temporarily, veiled in volatile memory; Secured communication (confidentiality- and/or integrity-protected) between terminal and module] <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |
| (d) allowing access to said security subsystem after initial installation and setup by said computer operating system for installation and modification of security requirements only when said master token is placed into an appropriate file | The accused product allows access (authentication after initialization) to said security subsystem after initial installation and setup by said computer operating system for installation and modification of security requirements only when said master token is placed into an appropriate file storage device and said encrypted key file has been authenticated by the security subsystem <br><br> **Authentication.** The operator authenticates himself using a mutual authentication scheme comprising two commands INITIALIZE UPDATE and EXTERNAL AUTHENTICATE. During the mutual authentication, the operator has to encrypt a challenge sent by the cryptographic module and compute a MAC over the encrypted result, proving knowledge of the AES key set which was referenced during the identification process. AES keys with the following lengths are supported: 128, 192, 256 bits. The strength of authentication is assessed in Section 5.2. <br><br> The cryptographic module provides dedicated services for managing the Card Holder PIN (Global PIN) and for changing/unblocking the Global PIN. The cryptographic module does not use the Global PIN to provide authentication to its users. Any applet installed on the cryptographic module may use this PIN for authenticating Card Holders as end-users of the cryptographic module. In addition or alternatively to the Global PIN mechanism, applications can implement a private PIN identification mechanism. |

11

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| storage device and said encrypted key file has been authenticated by the security subsystem; | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf<br><br>**6 Cryptographic Key Management**<br>The cryptographic module with one G&D Security Domain includes the following keys:<br>- Initialization key set ($K_{INIT\_ENC}$, $K_{INIT\_MAC}$, $K_{INIT\_DEK}$) that is used only for the first Card Manager key set loading.<br>- Security Domain (Issuer Security Domain and G&D Security Domain) key sets each containing three static AES keys stored in EEPROM. The key sets contain keys of one of the supported key sizes (128, 192, or 256 bits).<br>- $K_{ENC}/SDK_{ENC}$ used for Crypto Officer/User authentication for Secure Channel initiation per GP Specification.<br>- $K_{MAC}/SDK_{MAC}$ used for Crypto Officer/User authentication for Secure Channel initiation per GP Specification.<br>- $K_{DEK}$ used by the Crypto Officer<br>  - as key wrapping key for encrypting keys input into the module using the PUT KEY command.<br>  - to change the Global PIN via the CHANGE / UBLOCK PIN command.<br>- $SDK_{DEK}$ is the key wrapping key for encrypting keys input into the module by the User via the PUT KEY command.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf<br><br>**3.1.1 Identity-based Authentication**<br>**Identification.** The operator identifies himself by selecting his application and the key set inside the application. The application of the Crypto Officer is the Card Manager. The application of the User/Applet provider is the G&D Security Domain.<br><br>An application is selected by issuing a SELECT command.<br><br>The selection of the key set is done by issuing the INITIALIZE UPDATE command, which is the first command of the two commands required to open a Secure Channel.<br><br>**Authentication.** The operator authenticates himself using a mutual authentication scheme comprising two commands INITIALIZE UPDATE and EXTERNAL AUTHENTICATE. During the mutual authentication, the operator has to encrypt a challenge sent by the cryptographic module and compute a MAC over the encrypted result, proving knowledge of the AES key set which was referenced during the identification process. AES keys with the following lengths are supported: 128, 192, 256 bits. The strength of authentication is assessed in Section 5.2.<br><br>The cryptographic module provides dedicated services for managing the Card Holder PIN (Global PIN) and for changing/unblocking the Global PIN. The cryptographic module does not use the Global PIN to provide authentication to its users. Any applet installed on the cryptographic module may use this PIN for authenticating Card Holders as end-users of the cryptographic module. In addition or alternatively to the Global PIN mechanism, applications can implement a private PIN identification mechanism. |

12

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf <br><br> **4.5.2 Cryptographic key entry/output** <br><br> Keys shall always be loaded after having been encrypted with the Sensitive Data Decryption key with the same or higher security strength. The PUT KEY command for adding or replacing keys or key sets may only be issued within a Secure Channel. During this process, the keys are double encrypted (using the session key $S_{ENC}$ or $KSC_{ENC}$ and the sensitive data encryption key $K_{DEK}$ or $SDK_{DEK}$), provided that the Secure Channel security level is set to C_MAC and C_DECRYPTION. <br><br> ==The Security Domain key sets that were loaded onto the cryptographic module can be replaced after successful authentication by loading another key set for Crypto Officer or User using the PUT KEY command.== <br><br> ==The PUT KEY command is used to replace the Crypto Officer's initialization keys $K_{INIT\_ENC}$, $K_{INIT\_MAC}$, and $K_{INIT\_DEK}$ with the first new static key set composed of $K_{ENC}$, $K_{MAC}$, and $K_{DEK}$.== <br><br> The module outputs public keys in non-encrypted form. Other than public keys, no secret keys and private keys or PINs can be output from the module. <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf <br><br> within the Secure Channel. A previous and successful execution of the INITIALIZE UPDATE command is required prior to processing this command. <br> ==**PUT KEY** is used to add or replace a single key or a set of keys.== <br> **GET STATUS** is used to retrieve the life cycle data for Applications, Load Files (packages), or the Issuer Security Domain based on the search criteria defined in the APDU parameter and data fields. This command may only be executed within a Secure Channel. Its level of security depends on the security level defined in EXTERNAL AUTHENTICATE. <br> **SET STATUS** is used to modify the card life cycle state (by Crypto Officer only) and the life cycle state of an application (by Crypto Officer or User). If this command is used to set the Issuer Security Domain life cycle state to TERMINATED, all keys and the Global PIN are zeroized. <br> ==**STORE DATA** is used to store or to set the value of data elements utilized and managed by the Issuer Security Domain.== <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |

13

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | **4 Security Rules** |
| | **4.1 Identification and Authentication Security Rules** |
| | The cryptographic module implements Identity-based Access Control Rules for identifying and authenticating the Crypto Officer and the User/Applet provider role. |
| | **Crypto Officer Authentication.** The Crypto Officer must prove possession of the Card Manager key set composed of three AES keys ($K_{ENC}$, $K_{MAC}$ and $K_{DEK}$). $K_{ENC}$, $K_{MAC}$ are used to derive the session keys that are used to encrypt, authenticate and check the integrity of the command data. $K_{DEK}$ is used to decrypt sensitive data (e.g., secret keys) transported within an APDU command. This is the same process as the User authentication and follows the GP specifications [GPCS2.1.1] and [GP2.2, Amendment D]. |
| | **User/Applet Provider Authentication.** The User/Applet Provider must prove possession of the G&D Security Domain key set composed of three AES keys ($SDK_{ENC}$, $SDK_{MAC}$). $SDK_{ENC}$, $SDK_{MAC}$ are used to derive the session keys that are used to encrypt, authenticate and check the integrity of the command data. This is the same process as the Crypto Officer authentication (via the INITIALIZE UPDATE and EXTERNAL AUTHENTICATE commands) but it uses the AES keys of the G&D Security Domain rather than the Issuer Security Domain keys. |
| | Once it is manufactured, the cryptographic module belongs to the Crypto Officer until it is ultimately issued to the User. |
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |
| | **4.2.1 GP Delegated Management** |
| | If Delegated Management is used, the Crypto Officer has to set Delegate Management Keys for Token verification ($K_{Token}$) and Receipt generation ($K_{Receipt}$), to install the G&D Security Domain with Delegated Management privilege and to set Secure Channel keys of this Security Domain. |
| | The User of G&D Security Domain can load packages or install applications on the card only after Secure Channel initiation and presentation of a card with a Token during the INSTALL for LOAD command. The Token is an RSA signature generated by the Card Issuer using the Card Issuer's private key that allows ensuring that the Card Issuer has authorized the load process and the loading of the content of the Load File Data Block and that the Card Issuer has authorized the installation process. If token verification was successful, the card processes the appropriate commands for delegated loading or installation and answers with a receipt, i.e., a Triple-DES MAC generated by the card acknowledging that the operation was performed successfully. For details see [GPCS2.1.1]. |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf <br><br> - "GP DAP" 112 bits Triple-DES key used for DAP verification using Triple-DES MAC. <br> - "GP DAP" 1024 bits RSA public key used for DAP verification using RSA signature verification. <br> - Delegated Management RSA key $K_{Token}$ for Token verification that is used check if Delegated Management command is authorized by Crypto Officer. <br> - Delegated Management Triple-DES key $K_{Receipt}$ for Receipt generation that is used to prove successful execution of Delegated Management command. <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf <br><br> **7 Standards-Based Cryptography** <br> **7.1 FIPS approved algorithms** <br> The cryptographic module implements strong, standards-based cryptography. It includes the following FIPS approved algorithms: <br> - AES with 128, 192, and 256 bits key lengths (ECB and CBC modes), Cert. #1755 <br> - 2 key Triple-DES (ECB and CBC modes), Cert. #1136 <br> - 3 key Triple-DES (ECB and CBC modes), Cert. #1136 <br> - RSA with up to 2048 bits modulus length, Cert. #874 <br> - RSA CRT with up to 2048 bits modulus length, Cert. #874. As validated, the module does not support this algorithm. Please refer to Section 2.1 for information on post-validated applets. <br> - ECDSA in GF(p) with P=192, P=224 and P=256 curves, Cert. #232. As validated, the module does not support this algorithm. Please refer to Section 2.1 for information on post-validated applets. <br> - SHA-1 hash functions, Cert. #1542 <br> - SHA-224, SHA-256, SHA-384, and SHA-512, Cert. #1542. As validated, the module does not support this algorithm. Please refer to Section 2.1 for information on post-validated applets. <br> - CMAC, Cert. #1755 <br> - Triple-DES MAC acc. to [ISO/IEC 9797-1]. As validated, the module does not support this algorithm. Please refer to Section 2.1 for information on post-validated applets. <br> - DRBG (Deterministic Random Number Generator), Cert. #116 |

15

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |
| (e) denying file and peripheral device access requests by the central processing unit when the security requirements are not satisfied. | The accused product denies file and peripheral device access requests by the central processing unit when the security requirements are not satisfied (e.g., the wrong PIN are entered the authentication results in error)<br><br>**StarSign® Crypto USB Token**<br>Delivers the key to digital identity and secure online services<br><br>**The challenge**<br>The more everything becomes digital, the more dependent medium and large enterprises, governments, and banks become on information systems and the greater their concerns about data integrity and loss.<br><br>Privacy and security have turned into key issues for potential service providers serving users or companies for their mobile workforce. It still is a major challenge to<br><br>**The solution**<br>G&D provides the StarSign Crypto USB Token in response to these growing security needs.<br><br>The StarSign Crypto USB Token with its compact,<br><br>https://www.gi-de.com/gd_media/media/en/documents/brochures/mobile_security_2/nb/StarSign_Crypto_USB_Token.pdf |

16

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | Star Sign Crypto USB Token ("Accused Product") |
|---|---|
| | **Authentication.** The operator authenticates himself using a mutual authentication scheme comprising two commands INITIALIZE UPDATE and EXTERNAL AUTHENTICATE. During the mutual authentication, the operator has to encrypt a challenge sent by the cryptographic module and compute a MAC over the encrypted result, proving knowledge of the AES key set which was referenced during the identification process. AES keys with the following lengths are supported: 128, 192, 256 bits. The strength of authentication is assessed in Section 5.2.<br><br>The cryptographic module provides dedicated services for managing the Card Holder PIN (Global PIN) and for changing/unblocking the Global PIN. The cryptographic module does not use the Global PIN to provide authentication to its users. Any applet installed on the cryptographic module may use this PIN for authenticating Card Holders as end-users of the cryptographic module. In addition or alternatively to the Global PIN mechanism, applications can implement a private PIN identification mechanism.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1678.pdf |

17