**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VORTEX PATHWAY LLC, a Texas limited liability corporation, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:16-CV-950 |
| v. | § § | Jury Trial Demanded |
| GIESECKE & DEVRIENT AMERICA, INC., a Delaware corporation, | § § § | |
| *Defendant.* | § § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff VORTEX PATHWAY LLC, by and through undersigned counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), hereby dismisses the Complaint, with prejudice, with each party to bear its own costs and attorneys' fees.

This dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective immediately.

Dated: January 3, 2017                    Respectfully submitted,

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, LLC

*/s/ Joel B. Rothman*
Joel B. Rothman
Florida Bar Number 98220
Joel.rothman@sriplaw.com
Jerold I. Schneider
Florida Bar Number 26975
Jerold.schneider@sriplaw.com

4651 North Federal Highway
Boca Raton, Florida  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

**BUETHER JOE & CARPENTER, LLC**

By:

    Kenneth P. Kula
    State Bar No. 24004749
    Ken.Kula@BJCIPLaw.com

    1700 Pacific Avenue
    Suite 4750
    Dallas, Texas 75201
    214.730.5660 – Telephone
    972.707.1248 – Facsimile

**ATTORNEYS FOR PLAINTIFF
VORTEX PATHWAY LLC**